IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                    PLAINTIFF

vs.                                    Civil No. 4:20-cv-04093

SERGEANT ZACK BRYANT                                                      DEFENDANT

## ORDER

This case is currently set for trial on Plaintiff Michael Phillips' claim that Defendant Zack Bryant, in his individual capacity, used excessive force against him during his incarceration in the Hempstead County Jail. The parties have consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (ECF No. 13).

Before the Court are Motions in Limine filed by Defendant (ECF No. 49) and Plaintiff (ECF No. 51). The Court having reviewed the motions filed by the parties, finds as follows:

**1. Defendant's Motion in Limine (ECF No. 49)**

Defendant seeks to exclude from evidence at trial: a) Hempstead County's force or restraint policy; b) other use of force incidents involving Defendant; c) reference to previously dismissed claims brought by Plaintiff; d) references to alleged injuries suffered by Plaintiff; and e) evidence of compensatory damages without proof of a physical injury.

The Court **GRANTS** Defendant's motion (ECF No. 49) with respect to and excludes discussion of other use of force incidents involving Defendant and reference to previously dismissed claims brought by Plaintiff.

The Court **DENIES** Defendant's motion (ECF No. 49) and will allow discussion of Hempstead County's force or restraint policy, references to Plaintiff's alleged injuries, evidence of Plaintiff's claimed compensatory damages.

**2. Plaintiff's Motion in Limine (ECF No. 51)**

Plaintiff seeks to exclude evidence of the following at trial: a) Plaintiff's prior convictions; b) incident reports not relevant to Plaintiff's excessive force claim; and c) Plaintiff's unrelated litigation. The Court **GRANTS** Plaintiff's Motion in Limine (ECF No. 51) in its entirety.

**3. No Ruling on Admissibility**

In making these rulings, the Court makes no finding related to the eventual admissibility of the evidence addressed by the Motions. The Court instructs counsel, and through counsel, all witnesses not to mention, refer to, or attempt to convey to the jury in any manner, any of the matters for which a motion in limine was **GRANTED** above without first obtaining the Court's permission outside the presence of the jury. Further, for any matter raised by a motion in limine above which has been **DENIED** by this Order, the parties retain the right to object to any such evidence at the time it is offered during trial.

**IT IS SO ORDERED this 29th day of March 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE