IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                                          PLAINTIFF

VS.                                           NO.  4:20-CV-04093

SERGEANT ZACK BRYANT                                                                          DEFENDANT

## ORDER CONTINUING TRIAL AND CANCELLING WRIT

By order entered on September 21, 2021 (ECF No. 24) this case was scheduled for jury trial on April 4th and 5th, 2022.  The Court *sua sponte* continues the jury trial in this matter and will reset the trial by separate Order.  The writ *of habeas corpus ad testificandum* issued for Michael D. Phillips is hereby canceled and will be reissued as necessary.

**IT IS SO ORDERED** this **1st day of April 1, 2022**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE