IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                                              PLAINTIFF

vs.                                         Civil No. 4:20-CV-04093

JAIL ADMINISTRATOR JAMES WISE; and
SERGEANT ZACK BRYANT                                                                                    DEFENDANTS

**ORDER**

Before the Court is the Application dated April 5, 2022, by Erin Keil – court appointed counsel for Plaintiff – for the reimbursement of out-of-pocket expenses. (ECF No. 56). The Application (ECF No. 56) is **GRANTED**.

Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders the Clerk of the Court to disburse money from the Library Fund in the amount of one-thousand one-hundred thirty-four and 90/100 dollars ($1,134.90) and distribute it to the named applicant. A copy of this Order together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

**IT IS SO ORDERED this 6th day of April 2022.**

*/s/ Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE