IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                                       PLAINTIFF

v.                                              No: 4:20-CV-04093-BAB

SERGEANT ZACK BRYANT                                                                       DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss this case. (ECF No. 58). The Court has been notified that all claims in this case have been settled. Further, the Court finds that this case should be dismissed with prejudice subject to the terms of the settlement agreement. Accordingly, the parties Joint Motion to Dismiss (ECF No. 58) is **GRANTED.**

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement between the parties.

**IT IS FURTHER ORDERED** if any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED this 6th day of July 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE